UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 18, 2022

SEAN F. McAVOY, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:21-CR-00064-SAB-1 |
| Plaintiff, | ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE |
| v. | |
| DARRIN D FOUNTAINE, | **ECF No. 50** |
| Defendant. | |

Before the Court is Defendant's Motion to Modify Conditions of Release (ECF No. 50).

Defendant requests that the Court modify Condition No. 21 to allow him to be in the presence of minor children who are accompanied by a "responsible adult who is aware of [the] charges."[1] ECF No. 50. The United States Attorney and the supervising United States Probation/Pretrial Services Officer have no objection to Defendant's request in this regard. *Id*. However, the Court believes that this a decision that should only be mild by a child's parent or guardian.

---

[1] Special Condition No. 4 states in part that "Defendant shall not be in the presence of any minor-aged children."

ORDER - 1

Accordingly, **IT IS ORDERED:**

1. Defendant's Motion to Modify Conditions of Release, **ECF No. 50**, is **GRANTED**.

2. **Condition No. 21 (ECF No. 13) is MODIFIED** in its entirety to read **as follows:**

> 21. Defendant shall not be in the presence of any minor-aged children without a responsible parent or legal guardian who is aware of Defendant's pending charges being present. Defendant may not be within 500 feet of schools or playgrounds or places where minors are known to congregate.

3. All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED November 18, 2022.



_____
ALEXANDER C. EKSTROM
UNITED STATES MAGISTRATE JUDGE

ORDER - 2